**Opinion issued April 16, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-24-00008-CV

———————————

## PAUL DOUGLAS CELESTINE, Appellant

## V.

## HEXA PROPERTY MANAGEMENT, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1214417**

---

### MEMORANDUM OPINION

Appellant Paul Douglas Celestine has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We therefore dismiss the appeal for nonpayment of all required fees and for want of prosecution. TEX. R. APP. P. 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.